UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
V & R FINE ART, INC.,

                  Plaintiff,

-against-

ONE OIL ON CANVAS PAINTING ENTITLED
"BRICKYARD SHED," BY ARTHUR DOVE,

                  and

PETER STIMSON BROOKS,
THE ESTATE OF INEZ BROOKS, a.k.a. THE
ESTATE OF INEZ SEIBERT, a.k.a. THE ESTATE OF
INEZ SEIBERT BROOKS,
THE HELEN SEIBERT FOUNDATION,

                  Defendants.
------------------------------------------------------------X

Civ. A. No.: 08-CIV-5031

**PLAINTIFF'S AMENDED RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff V & R Fine Art Inc., states the following:

      V & R Fine Art Inc. is a non-stock privately held corporation which was organized and exists under the laws of the State of New York.

      V & R Fine Art Inc. is not owned by any publicly held corporation that owns 10% or more of its stock.

Dated: June 5, 2008

                                              LEVY PHILLIPS & KONISGBERG, LLP

                                              By: _____
                                              Stanley J. Levy (SJ 7200)
                                              Theresa A. Vitello (TV 0623)
                                              800 Third Ave. 13th Floor
                                              New York, New York 10022