Form 27 - GENERAL PURPOSE

LEVY, PHILLIPS & KONIGSBERG ESQS
ATTN: AMENDA BEDFORD
U.S. DIST. COURT     SOUTHERN/NY COUNTY

---

V & R FINE ART, INC.                      plaintiff

        - against -

ONE OIL ON CANVAS PAINTING ENTITLED    defendant
"BRICKYARD SHED" BY ARTHUR DOVE ETAL

Index No. 08CIV5031
Date Filed .............
Office No.
Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**T. ANDY HARRIS**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **28th day of June, 2008** at **07:30 PM.**, at
   **9619 MONTEZ COURT PH**
   **WINDSOR, CA 95492**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**
   **ELECTRONIC FILING INSTRUCTIONS**

upon **THE HELEN SEIBERT FOUNDATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **PETER STIMSON BROOKS, OFFICER AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **MALE**        COLOR: **WHITE**        HAIR: **BROWN**
   APP. AGE: **47**     APP. HT: **5:9**        APP. WT: **165**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
2nd day of July, 2008ni

State of California
County of SACRAMENTO
Subscribed and sworn to (or affirmed) before me on this 3RD
day of JULY, 2008, by T. ANDY HARRIS,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)    Signature

T. ANDY HARRIS
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3LPK132607

ELLIOTT BENNER
COMM. # 1777865
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 4, 2011