Form 27 - GENERAL PURPOSE
```
         LEVY,PHILLIPS & KONIGSBERG ESQS
         ATTN: AMENDA BEDFORD
U.S. DIST. COURT      SOUTHERN/NY   COUNTY
```
---

```
V & R FINE ART, INC.                    plaintiff      Index No. 08CIV5031

             - against -                               Date Filed ............

                                                       Office No.
ONE OIL ON CANVAS PAINTING ENTITLED     defendant
"BRICKYARD SHED"BY ARTHUR DOVE ETAL                    Court Date:   / /
```
---

    STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**T. ANDY HARRIS**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **28th day of June, 2008**    at  **07:30 PM.**,                    at
    **9619 MONTEZ COURT PH**
    **WINDSOR, CA 95492**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**
    **ELECTRONIC FILING INSTRUCTIONS**

upon **THE ESTATE OF INEZ AKA THE ESTATE OF INEZ SEIBERT AKA THE ESTATE OF INEZ the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **PETER STIMSON BROOKS,  EXECUTOR AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **MALE**          COLOR: **WHITE**          HAIR: **BROWN**
        APP. AGE: **47**       APP. HT: **5:9**          APP. WT: **165**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
2nd  day of  July, 2008ni

                                          ..................................
                                          T. ANDY HARRIS
State of California                       AETNA   CENTRAL   JUDICIAL   SERVICES
County of SACRAMENTO                      225 BROADWAY, SUITE 1802
Subscribed and sworn to (or affirmed) before me on this 3RD    NEW YORK, NY, 10007
day of JULY, 2008, by T. ANDY HARRIS,     Reference No: 3LPK132606
proved to me on the basis of satisfactory evidence to be the person(s)
who appear before me.

(Seal)        Signature

ELLIOTT BENNER
COMM. # 1777865
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 4, 2011