```
Form 01 - PERSONAL WITH A MILITARY      AETNA CENTRAL JUDICIAL SERVICES
             LEVY,PHILLIPS & KONIGSBERG ESQS
             ATTN: AMENDA BEDFORD
U.S. DIST. COURT      SOUTHERN/NY  COUNTY
--------------------------------------------------------
                                              Index No. 08CIV5031
V & R FINE ART, INC.                plaintiff
                                              Date Filed  ............
             - against -
                                              Office No.
ONE OIL ON CANVAS PAINTING ENTITLED   defendant
"BRICKYARD SHED"BY ARTHUR DOVE ETAL           Court Date:    /  /
--------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**T. ANDY HARRIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28th** day of **June, 2008  07:30 PM** at
  **9619 MONTEZ COURT PH**
  **WINDSOR, CA 95492**
I served the   **SUMMONS AND COMPLAINT**
               **JUDGES RULES**
               **ELECTRONIC FILING INSTRUCTIONS**
upon **PETER STIMSON BROOKS**
the  **DEFENDANT**  therein named by delivering and leaving a true copy or copies of the aforementioned documents with
**PETER STIMSON BROOKS**
said **DEFENDANT** personally.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**        COLOR: **WHITE**       HAIR: **BROWN**
   APP. AGE: **47**     APP. HT: **5:9**       APP. WT: **165**
OTHER IDENTIFYING FEATURES:

That at the time of service, as aforesaid, I asked **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the United States Government or of the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
2nd  day of  July,       2008ni

..................................
T. ANDY HARRIS
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3LPK132605

State of California
County of SACRAMENTO
Subscribed and sworn to (or affirmed) before me on this 3RD day of JULY, 20 08, by T. ANDY HARRIS
proved to me on the basis of satisfactory evidence to be the person(s) who appear before me.

(Seal)          Signature



ELLIOTT BENNER
COMM. # 1777865
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 4, 2011