LEVY, PHILLIPS & KONIGSBERG, LLP
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N. Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

Writer's Direct E-Mail
tvitello@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

August 22, 2008

<u>Via Hand Delivery</u>
Judge William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210, Courtroom 11D
New York, NY 10007

Re:    *V&R Fine Art, Inc. v.*
       *One Oil Canvas Painting Entitled "Brickyard Shed," by Arthur Dove, et al.,*
       <u>Civ. A. No. 08-5031</u>

Dear Judge Pauley,

We represent V&A Fine Art Inc., the Plaintiff in the above-captioned matter. Pursuant to my conversation with Your Honor's law clerk Sabita, enclosed please find a Stipulation to Adjourn the Pre-Trial Conference currently scheduled in this matter for August 29, 2008 to September 10, 2008.

Defendant, Peter Stimson Brooks requested the adjournment for the reasons stated in the enclosed stipulation. Because Mr. Brooks resides in California, he requests that the Court permit him to attend the conference telephonically. Neither party has made any previous requests for an adjournment. Plaintiff has consented to Defendants' request for an adjournment on the terms stated in the stipulation.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,
LEVY PHILLIPS & KONIGSBERG, LLP

Theresa A. Vitello, Esq.

TAV/ab
Enc.
cc:    Peter Brooks

00126020.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
V & R FINE ART, INC.,

          Plaintiff,

-against-

ONE OIL ON CANVAS PAINTING ENTITLED
"BRICKYARD SHED," BY ARTHUR DOVE,

and

PETER STIMSON BROOKS,
THE ESTATE OF INEZ BROOKS, a.k.a. THE
ESTATE OF INEZ SEIBERT, a.k.a. THE ESTATE OF
INEZ SEIBERT BROOKS,
THE HELEN SEIBERT FOUNDATION,

          Defendants.
------------------------------------------------------------X

Civ. A. No.: 08-CIV-5031(WHP)

STIPULATION TO ADJOURN
PRE-TRIAL CONFERENCE

     Counsel for the Plaintiff, Levy Phillips & Konigsberg, having conferred with *pro se* representative for the Defendants, Peter Stimson Brooks, hereby agree and stipulate to the following:

     1.    The Court issued an Order for Initial Pre-Trial Conference (the "Order") on or about August 4, 2008, which was promptly served by Plaintiff on Defendants.

     2.    The Order directs counsel to appear in person at Courtroom 11D at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, N.Y. on August 29, 2008 at 10:15 am for an initial pretrial conference.

     3.    On or about August 18, 2008, Defendants copied Plaintiff's counsel on a letter written to the Court in which Defendants requested an adjournment of the ordered conference date until September 19, 2008. In the letter, Defendants state that an adjournment is necessary

because Peter Brooks is unable to travel to New York in August, and "because our transcriptionist has requested her extension to complete vital evidence for the court to review."

4. On August 18, 2008, Plaintiff's counsel conferred with Peter Brooks and also sent Defendants a letter proposing September 8th or 10th as alternative dates for the conference and explaining, *inter alia*, that Plaintiff's interests were best served by scheduling the conference at the earliest available time.

5. On August 19, 2008, Peter Brooks informed Plaintiff's counsel that he had received permission from the Court to attend the conference via telephone and would be available to do so on September 10, 2008.

6. As such, the parties hereby stipulate and agree to adjourn the pretrial conference scheduled in this matter until September 10, 2008 and that any additional requests for adjournment beyond that date must be approved in writing by the Court.

7. The parties' joint Rule 26(f) Report shall be filed with the Court no later than seven (7) days prior to the initial pretrial conference or by September 3, 2008.

Respectfully Submitted,

Dated: August 21, 2008

Levy Phillips & Konigsberg, LLP
800 Third Ave. 13th Floor
New York, NY 10022

_____
Attorneys for Plaintiff
Stanley J. Levy, Esq.
Theresa A. Vitello, Esq.

Peter Stimson Brooks
9619 Montez Court
Windsor, CA 95492

_____
Pro Se for Defendants

SO ORDERED:

_____
William H. Pauley
U.S.D.J.

Dated: _____